**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 02-6091**

───────────

RONALD JEFFREY BROWN, III,

                                        Petitioner - Appellant,

        versus

DIRECTOR, DEPARTMENT OF CORRECTIONS; ATTORNEY
GENERAL OF THE COMMONWEALTH OF VIRGINIA,

                                        Respondents - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond. Robert E. Payne, District Judge.
(CA-01-405-3)

───────────

Submitted:  July 15, 2002        Decided:  August 5, 2002

───────────

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Gregory Adam Adamski, ADAMSKI & CONTI, Chicago, Illinois, for
Appellant.   Richard Bain Smith, Assistant Attorney General,
Richmond, Virginia, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ronald Jeffrey Brown, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2002).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See Brown v. Director Dep't of Corrections, No. CA-01-405-3 (E.D. Va. Dec. 13, 2001).  We deny Brown's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2